**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TENACE D. KNIGHT,                          No. C 10-00276 SBA (PR)

12            Petitioner,                       **ORDER GRANTING IN FORMA**
                                                **PAUPERIS STATUS AND DIRECTING**
13      v.                                      **RESPONDENT TO SHOW CAUSE WHY**
                                                **PETITION SHOULD NOT BE GRANTED**
14   JAMES YATES, Warden, et al.,

15            Respondents.
                                          /
16

17          Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.  Petitioner also seeks leave to proceed in forma pauperis.

19          Thereafter, Petitioner filed an amended petition.  It does not appear from the face of the

20   petition that it is without merit.  Good cause appearing, the Court hereby issues the following orders:

21          1.      Petitioner's application to proceed in forma pauperis is GRANTED.

22          2.      The Clerk of the Court shall serve a copy of this Order and the amended petition and

23   all attachments thereto (docket no. 7) upon Respondent and Respondent's attorney, the Attorney

24   General of the State of California.  The Clerk shall also serve a copy of this Order on Petitioner at

25   his current address.

26          3.      Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**

27   **and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5

28   of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not

     be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records

**United States District Court**
For the Northern District of California

1   that have been transcribed previously and that are relevant to a determination of the issues presented

2   by the amended petition.

3       4.     If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with

4   the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer.  Should

5   Petitioner fail to do so, this habeas action will be deemed submitted and ready for decision **sixty (60)**

6   **days** after the date Petitioner is served with Respondent's Answer.

7       5.     Respondent may file with this Court and serve upon Petitioner, within **sixty (60) days**

8   of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set

9   forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If

10  Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an

11  opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the

12  motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)**

13  **days** of receipt of any opposition.

14      6.     It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court

15  and Respondent informed of any change of address and must comply with the Court's orders in a

16  timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the

17  Court by mailing a true copy of the document to Respondent's counsel.

18      7.     Extensions of time are not favored, though reasonable extensions will be granted.

19  Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline

20  sought to be extended.

21      8.     This Order terminates Docket no. 6.

22      IT IS SO ORDERED.

23  DATED: 6/21/10

                   SAUNDRA BROWN ARMSTRONG

24                     United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California

1 UNITED STATES DISTRICT COURT

2 FOR THE

3 NORTHERN DISTRICT OF CALIFORNIA

4

5

6 TENACE D. KNIGHT,                                    Case Number: CV10-00276 SBA

7              Plaintiff,                              **CERTIFICATE OF SERVICE**

8      v.

9 CA DEPT OF CORRECTIONS et al,

10             Defendant.
                                                    /

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

13
   That on June 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15 located in the Clerk's office.

16

17
   Tenace Demond Knight T-75937
18 Pleasant Valley State Prison
   P.O. Box 8502
19 Coalinga, CA 93210

20 Dated: June 22, 2010
                                          Richard W. Wieking, Clerk
21                                        By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.10\Knight0276.OSC.frm              3