IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TENACE DEMOND KNIGHT,

    Petitioner,

 v.

JAMES A. YATES, Warden, et al.,

    Respondents.
                            /

No. C 10-00276 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondents' Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondents' Motion to Dismiss will be extended up to and including **January 14, 2011**.

    If Respondent wishes to file a reply brief, he shall do so no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    This Order terminates Docket no. 12.

    IT IS SO ORDERED.

DATED: 11/16/10

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.10\Knight0276.EOT-Oppo.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TENACE D. KNIGHT,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.

Case Number: CV10-00276 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tenace Demond Knight T-75937
Pleasant Valley State Prison
P.O. Box 8502
Coalinga, CA 93210

Dated: November 18, 2010

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk