UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TENACE D. KNIGHT,<br><br>             Petitioner,<br><br>    vs.<br><br>ROBERT A. TRIMBLE,<br>Acting Warden,<br><br>             Respondent. | Case No:  C 10-00276 SBA (pr)<br><br>Ninth Cir. Case No. 11-17350<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Respondent shall file his response to Petitioner's Motion for Relief from Judgment of Dismissal Pursuant to Fed. R. Civ. P. Rule 60(b)(6) by no later than **December 6, 2013**. Petitioner shall file his reply by **December 13, 2013**.  The response is limited to fifteen (15) pages and the reply is limited to ten (10) pages.  The matter will be taken under submission on the date the reply is due.

IT IS SO ORDERED.

Dated: November 26, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge