IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**TENACE D. KNIGHT,**

Petitioner,

v.

**JAMES YATES, Warden, et al,**

Respondent.

Case No. C 10-00276 SBA (PR)

[PROPOSED] **ORDER**

The Court finds that good cause appears for an extension of time. Respondent's response to the Motion for Relief from Judgment of Dismissal Pursuant to Fed. R. Civ. P. Rule 60(b)(6) is due on February 4, 2014. Petitioner's reply is due 7 days from that date.

IT IS SO ORDERED.

Dated: 12/4/2013

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
United States District Judge